# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MEXICANO,<br><br>Defendant. | Case No. 24-cr-0226-6 BLF (NC)<br><br>**DETENTION ORDER**<br><br>Hearing: 5/20/2025 |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142, the Court on May 20, 2025, held a detention or release hearing for defendant Jose Mexicano in response to the prosecution's motion for detention filed at Dkt. No. 207. The hearing was held publicly in open Court. Mexicano was present and out of custody and assisted by his attorney Marsanne Weese. The Court concluded that the prosecution met its burden pursuant to 18 U.S.C. § 3148(b). Specifically, as set forth in the motion, the prosecution established that there is probable cause to believe that the accused has committed a state crime (assault, in November 2024 and January 2025) and that based on the totality of factors under section 3142(g) there is no condition or combination of conditions of release that will assure that the accused will not pose a danger to the safety of any other person or the community. 18 U.S.C. § 3148(b).

The defendant Jose Mexicano therefore is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Date: May 20, 2025

Nathanael M. Cousins
United States Magistrate Judge